IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | 3:16 CR 012 |
| WILLIAM HUTCHESON LEDFORD | ) | |

## CHANGE OF PLEA

With the consent of the Court, the defendant, WILLIAM HUTCHESON LEDFORD, having previously entered a plea of Not Guilty, hereby withdraws that plea, and enters a plea of Guilty to Count One (1) of the Indictment in Case Number 3:16 CR 012.

This 1st day of June, 2017.

_____
Defendant

_____
Counsel for Defendant

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION
FILED IN OFFICE

Deputy Clerk